Stanley M. Ziegler SB#073281
SHERMAN & ZIEGLER
Washington Mutual Bank Building
2740 Van Ness Avene, Suite 300
San Francisco, California 94109-1463
Tel: 415-453-4426
Fax: 415-453-9992
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL AND DONNA LAMBERT, | No. 04-CV-5600 REC SMS |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | **STIPULATION OF DISMISSAL** |
| GOLDEN VALLEY UNIFIED SCHOOL DISTRICT, | **ORDER** |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the parties have settled the above-captioned action. IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 29, 2005   Signed: /s/ Stanley M. Ziegler

SHERMAN & ZIEGLER
Attorneys for Plaintiffs

Dated: March 29, 2005   Signed:/s/ Gregory Wedner

LOZANO SMITH
Attorneys for Defendant

***** **IT IS SO ORDERED** *****

Dated:____April 20, 2005          _____/s/ ROBERT E. COYLE

**UNITED STATES DISTRICT JUDGE**